FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 19 2005

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADOLFO RAMIREZ                                                                             PLAINTIFF

vs.                            NO. 1:03-CV-00053 SWW

GENCORP, INC.                                                          DEFENDANT

## PROTECTIVE ORDER

At his deposition on March 4, 2005, plaintiff produced documents which had been removed from the Batesville facility without authorization. These documents contain proprietary and/or commercial information ("commercial information") from the Batesville facility at the time it was owned by defendant GenCorp. The parties have agreed that this order is necessary to protect the proprietary interest of the Batesville facility and GenCorp. In order to allow the plaintiff access to this confidential information while preserving it from unauthorized, unnecessary disclosure, the parties agreed that the documents produced by plaintiff would be in the possession of the court reporter until an agreed upon protective order was entered and that upon the entry of this protective order the documents would be stamped confidential and copies returned to the plaintiff for use by the plaintiff in connection with the defense of this matter and for no other purpose.

IT IS HEREBY ORDERED pursuant to Federal Rule of Civil Procedure 26(c), that the documents produced by plaintiff at his deposition and placed in the custody of the court reporter shall be marked confidential and copies provided to plaintiff's counsel; these documents shall be retained in the custody of the plaintiff's attorney and shall not be in the possession of the plaintiff, that neither the attorney for the plaintiff nor anyone acting for or on behalf of him or his

886493.1

client shall in any manner directly or indirectly transfer or communicate any of the information or data obtained to any person other than for purposes directly related to the trial of this action, any such person to whom such communication is made to be bound by the terms of this order; and IT IS FURTHER ORDERED that at the conclusion of this litigation all copies made or furnished of documents shall be returned to the attorneys for GenCorp.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED BY:

Mr. Larry J. Steele
115 S.W. Second Street
P.O. Box 561
Walnut Ridge, AR 72476-0561
Phone: 870-886-5840
Fax: 870-886-5873

_____
Larry J. Steele (78146)
Attorney for Plaintiff


MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
Phone: 501-688-8800
Fax: 501-688-8807

_____
Kathlyn Graves (76045)
Attorneys for Defendants