## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| ADOLFO RAMIREZ | * |
| | * |
| Plaintiff | * |
| | * |
| VS. | * |
| | *   NO: 1:03CV00053 SWW |
| GENCORP, INC., doing business as | * |
| GDX Automotive | * |
| | * |
| Defendant | * |
| | * |
| | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED. Plaintiff's claims brought pursuant to Title VII are DISMISSED WITH PREJUDICE, and his claims brought pursuant to state law are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 15TH DAY OF SEPTEMBER, 2005.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE